UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
                                    FILED
                                    JUL 28 2015
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY                     DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>Ashley Liufau (3)<br><br>                    Defendant. | CASE NO. 15-cr-01750-BTM<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:952; 960; 18:2 - Importation of Methamphetamine and Aiding and Abetting (Felony)(1)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/28/15

_____
Jill L. Burkhardt
U.S. Magistrate Judge